**HCDistrictclerk.com** REYNAGA, VIKY (INDIVIDUALLY AND A/N/F XX vs. KAWALA, TOM 8/12/2016

Cause: 201645957 CDI: 7 Court: 151

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 7/11/2016 |
| **Case (Cause) Location** | Civil Intake 1st Floor |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | Motor Vehicle Accident |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 7/12/2016 |

### COURT DETAILS

| | |
|---|---|
| **Court** | 151st |
| **Address** | 201 CAROLINE (Floor: 11)<br>HOUSTON, TX 77002<br>Phone:7133686222 |
| **JudgeName** | MIKE ENGELHART |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| REYNAGA, VIKY (INDIVIDUALLY AND A/N/F XXXXX) (MINOR)<br>4909 BISSONNET, BELLAIRE, TX 77401 | PLAINTIFF - CIVIL | | STERN, JEFFREY M. |
| KAWALA, TOM | DEFENDANT - CIVIL | | |
| XPO LOGISTICS TRUCKLOAD INC (D/B/A CON-WAY TRUCKLOAD) | DEFENDANT - CIVIL | | |
| XXXXX (MINOR CHILD) | PLAINTIFF - CIVIL | | STERN, JEFFREY M. |
| CON-WAY TRUCKLOAD | DEFENDANT - CIVIL | | |
| KAWALA, TOM BY SERVING THROUGH THE TEXAS TRANSPORTATION COMMISSION AT<br>4701 E 32ND, JOPLIN, MO 64804 | REGISTERED AGENT | | |
| XPO LOGISTICS TRUCKLOAD INC (DBA CON-WAY TRUCKLOAD) (A FOREIGN FOR- | REGISTERED AGENT | | |

### INACTIVE PARTIES

No inactive parties found.

### JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 7/11/2016 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 7/11/2016 | ORIGINAL PETITION | | | 0 | | STERN, JEFFREY M. | REYNAGA, VIKY (INDIVIDUALLY AND A/N/F XXXXX) (MINOR) |
| 7/11/2016 | ORIGINAL PETITION | | | 0 | | STERN, JEFFREY M. | XXXXX (MINOR CHILD) |

### SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (STATE HIGHWAY COMMISSION) | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | KAWALA, TOM BY SERVING THROUGH THE TEXAS TRANSPORTATION COMMISSION AT | 7/11/2016 | 7/12/2016 | 7/29/2016 | | | 73265538 | MAIL TO ATTORNEY |
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | XPO LOGISTICS TRUCKLOAD INC (DBA CON-WAY TRUCKLOAD) (A FOREIGN FOR- | 7/11/2016 | 7/12/2016 | 7/29/2016 | | | 73265548 | MAIL TO ATTORNEY |

### DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 71435797 | Citation (State Highway Comission) | | 08/11/2016 | 3 |
| 71435832 | Citation Corporate | | 08/11/2016 | 3 |
| 71022723 | Plaintiffs' Original Petition, Jury Demand and Request for Disclosure | | 07/11/2016 | 7 |
| -> 71022724 | Civil Case Information Sheet | | 07/11/2016 | 1 |
| -> 71022725 | Civil Process Request | | 07/11/2016 | 1 |
| -> 71022726 | Filing letter | | 07/11/2016 | 1 |

7/11/2016 5:19:34 PM
Chris Daniel - District Clerk Harris County
Envelope No. 11573711
By: Nelson Cuero
Filed: 7/11/2016 5:19:34 PM

2016-45957 / Court: 151

CAUSE NO. ____________

| | | |
|---|---|---|
| VIKY REYNAGA, INDIVIDUALLY AND A/N/F XXXXX, MINOR CHILD | § § § | IN THE DISTRICT COURT OF |
| V. | § § § | HARRIS COUNTY, TEXAS |
| TOM KAWALA and XPO LOGISITCS TRUCKLOAD, INC. D/B/A CON-WAY TRUCKLOAD | § § § | ______ JUDICIAL DISTRICT |

**PLAINTIFFS' ORIGINAL PETITION, JURY DEMAND AND REQUEST FOR DISCLOSURE**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW, VIKY REYNAGA, INDIVIDUALLY AND A/N/F XXXXX, MINOR CHILD**, Plaintiffs in the above entitled and numbered cause, complaining of and against **TOM KAWALA** and **XPO LOGISITCS TRUCKLOAD, INC. D/B/A CON-WAY TRUCKLOAD,** Defendants herein, and for causes of action would respectfully show unto the Court the following:

**I.**
**DISCOVERY CONTROL PLAN**

1.0 Discovery is intended to be conducted under Level 3 of the Texas Rules of Civil Procedure 190.

**II.**
**PARTIES**

2.0 Plaintiffs are residents of Harris County, Texas.

2.1 Defendant, **TOM KAWALA** is an individual residing in the State of Missouri, who, pursuant to the provisions of Section 17.061, et seq., Texas Civil Practice and Remedies Code, and §17.041, et seq., the Texas Long-Arm Statute, may be served by and through the Texas Transportation Commission, 125 East 11th Street, Austin, Texas 78701-2483, via certified mail,

Unofficial Copy Office of Chris Daniel District Clerk

return receipt requested, who shall then forward the citation and petition to Defendant, may be served by and through his last known address: 4701 E. 32nd, Joplin, Mo 64804, or wherever he may be found.

2.2 Defendant, **XPO LOGISITCS TRUCKLOAD, INC. D/B/A CON-WAY TRUCKLOAD** is a Foreign For-Profit Corporation and may be served through its registered agent of service, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218, or wherever he/she may be found.

**III.**
**JURISDICTION & VENUE**

3.0 Venue is proper in Harris County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code §15.001 *et seq.* because all or a substantial part of the events or omissions giving rise to the claims arose in Harris County, Texas. This Court has jurisdiction over the parties and subject matter hereof. The amount in controversy exceeds the minimum jurisdictional limits of this Court.

**IV.**
**FACTS**

4.0 On or about June 18, 2016, Plaintiff was lawfully driving a 2012 Nissan Rogue, traveling south on 610 Loop, a street located in Houston, Harris County, Texas. At the time in question, Defendant **TOM KAWALA** was driving a 2013 Volvo Tractor Trailer, traveling in the same directions. Defendant failed to control speed, striking one vehicle, and then failed to pass to the right safely, striking Plaintiffs' vehicle.

4.1 At such time, Defendant **TOM KAWALA** was working in the course and scope of his employment with **XPO LOGISITCS TRUCKLOAD, INC. D/B/A CON-WAY TRUCKLOAD.**

Unofficial Copy Office of Chris Daniel District Clerk

## VI.
## DAMAGES

6.0 Said elements of damage which Plaintiffs seek to recover from Defendants include compensation for the following:

1. The physical pain and mental anguish sustained by Plaintiffs from date of injury to the time of trial;
2. The physical pain and mental anguish that Plaintiffs will suffer in the future;
3. Loss of earnings sustained by Plaintiffs from date of injury to time of trial;
4. Loss of earnings and earning capacity reasonably anticipated to be suffered by Plaintiffs in the future;
5. Reasonable and necessary medical expenses incurred by Plaintiffs in the treatment of Plaintiffs' injuries from date of injury to time of trial;
6. Reasonable and necessary medical expenses reasonably anticipated to be sustained by Plaintiffs in the future for treatment of Plaintiffs' injuries;
7. Past and future physical disfigurement; and
8. Past and future physical impairment.

As such, Plaintiffs affirmatively plead that they seek monetary relief over $200,000.00 but not more than $1,000,000.00.

Unofficial Copy Office of Chris Daniel District Clerk

## VII.
## REQUEST FOR JURY TRIAL

7.0 Plaintiffs request a jury trial.

## VIII.
## ALTERNATIVE PARAGRAPH NO. 1

8.0 In the alternative, Plaintiffs would show that if any injury and/or condition from which they currently suffer were pre-existing, then such condition was aggravated and/or exacerbated by the negligence of the Defendants herein.

## IX.
## ALTERNTIVE PARAGRAPH NO. 2

9.0 In the alternative, Plaintiffs would show that if they suffer from any subsequent injury and/or condition, then such injury and/or condition was aggravated and/or exacerbated by the negligence of the Defendants herein.

## X.
## REQUEST FOR DISCLOSURE

Unofficial Copy Office of Chris Daniel District Clerk

10.0 Pursuant to Rule 194 of the Texas Rules of Civil Procedure, you are hereby requested to disclose, within fifty (50) days of service of this document, the information or material described below. Please serve your responses on counsel representing these Plaintiffs, and produce true and correct copies of all documents and other tangible items with your responses, in accordance with Rule 194.4.

10.1 Plaintiffs request disclosure of the following, pursuant to Rules 194.2(a) through 194.2(l):

(a) the correct names of the parties to the lawsuit;

(b) the name, address, and telephone number of any potential parties;

(c) the legal theories and, in general, the factual bases of Defendant's claims or defenses;

(d) the amount and any method of calculating economic damages;

(e) the name, address, and telephone number of persons having knowledge of relevant facts, and a brief statement of each identified person's connection with the case;

(f) for any testifying expert:

(1) the expert's name, address, and telephone number;

(2) the subject matter on which the expert will testify;

(3) the general substance of the expert's mental impressions and opinions and a brief summary of the basis for them, or if the expert is not retained by, employed by, or otherwise subject to the control of Defendant, documents reflecting such information;

(4) if the expert is retained by, employed by, or otherwise subject to the control of Defendant:

(A) all documents, tangible things, reports, models, or data compilations that have been provided to, reviewed by, or prepared by or for the expert in anticipation of the expert's testimony; and

(B) the expert's current resume and bibliography;

(g) any discoverable indemnity and insuring agreements;

(h) any discoverable settlement agreements;

(i) any discoverable witness statements;

(j) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills that are reasonably related to the injuries or damages asserted or, in lieu thereof, an authorization permitting the disclosure of such medical records and bills;

(k) in a suit alleging physical or mental injury and damages from the occurrence that is the subject of the case, all medical records and bills obtained by the responding party by virtue of an authorization furnished by the requesting party.

(l) the name, address, and telephone number of any person who may be designated as a responsible third party.

Unofficial Copy Office of Chris Daniel District Clerk

## XI.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that these Defendants be cited to appear and answer herein, and that upon final trial hereof, Plaintiffs recover from said Defendants, jointly and severally, a sum over $200,000.00 but not more than $1,000,000.00, costs of Court, pre-judgment and post-judgment interest at the legal rate, and demand for judgment for all other relief to which the Plaintiffs deemed entitled.

Respectfully submitted,
**THE STERN LAW GROUP**

**JEFFREY M. STERN**
SBN: 19175660
4909 Bissonnet St., Suite 100
Bellaire, Texas 77401
713/661-9900
713/666-5922 Facsimile
Email: jstern@stern-lawgroup.com

**ATTORNEY FOR PLAINTIFF**

Unofficial Copy Office of Chris Daniel District Clerk

Chris Daniel - District Clerk
Harris County
Envelope No: 11573711
By: CUERO, NELSON
Filed: 7/11/2016 5:19:34 PM

# CIVIL CASE INFORMATION SHEET (Rev. 2/13)

CAUSE NUMBER (FOR CLERK USE ONLY): 2016-45957 / Court: 151 COURT (FOR CLERK USE ONLY):

STYLED VIKY REYNAGA, IND. AND A/N/F XXXXX, MINOR CHILD v. TOM KAWALA and XPO LOGISTICS TRUCKLOAD, INC. D/B/A CON-WAY TRUCKLOAD
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

**1. Contact information for person completing case information sheet:**

Name: Jeffrey M. Stern
Email: jstern@stern-lawgroup.com
Address: 4909 Bissonnet St., Suite 100
Telephone: (713) 661-9900
City/State/Zip: Bellaire, Texas 77401
Fax: (713) 666-5922
Signature:
State Bar No: 19175660

**Names of parties in case:**

Plaintiff(s)/Petitioner(s):
Viky Reynaga, Ind.
Viky Reynaga anf xxxxx, Minor Child

Defendant(s)/Respondent(s):
Tom Kawala
XPO Logistics Truckload, Inc.
dba Con-Way Truckload
[Attach additional page as necessary to list all parties]

**Person or entity completing sheet is:**
- ☒ Attorney for Plaintiff/Petitioner
- ☐ *Pro Se* Plaintiff/Petitioner
- ☐ Title IV-D Agency
- ☐ Other: ______

Additional Parties in Child Support Case:
Custodial Parent:
Non-Custodial Parent:
Presumed Father:

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

## Civil

**Contract**
*Debt/Contract*
- ☐ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract:

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract:

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation

*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability:
- ☒ Motor Vehicle Accident
- ☐ Premises

*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product:
- ☐ Other Injury or Damage:

**Real Property**
- ☐ Eminent Domain/ Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property:

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other:

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment:

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other:

## Family Law

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void

*Divorce*
- ☐ With Children
- ☐ No Children

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other:

**Post-Judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child:

**Tax**
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

**Probate & Mental Health**

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings
- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other:

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**
- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

**4. Indicate damages sought *(do not select if it is a family law case)*:**
- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☐ Over $100, 000 but not more than $200,000
- ☒ Over $200,000 but not more than $1,000,000
- ☐ Over $1,000,000

Unofficial Copy Office of Chris Daniel District Clerk

Chris Daniel - District Clerk
Harris County
Envelope No: 11573711
By: CUERO, NELSON
Filed: 7/11/2016 5:19:34 PM

2016-45957 / Court: 151

**CIVIL PROCESS REQUEST**

CASE NUMBER: ____________ CURRENT COURT: ______

TYPE OF INSTRUMENT TO BE SERVED: Plaintiff's Original Petition

FILE DATE OF MOTION:

SERVICE TO BE ISSUED ON:

1. NAME: Tom Kawala
   ADDRESS: 4701 E.32nd, Joplin, MO 64804
   AGENT:
   TYPE OF SERVICE: Citation
   SERVICE BY: **Texas Transportation Commission: AFTER CITATION HAS BEEN COMPLETED, PLEASE RETURN IT TO US FOR SERVICE TO BE PERFECTED.**

2. NAME: XPO Logistics Truckload, Inc. d/b/a Con-way Truckload
   ADDRESS: 211 E. 7th St., Suite 620, Austin, Texas 78701-3218
   AGENT: Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
   TYPE OF SERVICE: Citation
   SERVICE BY: **Private process service: AFTER CITATION HAS BEEN COMPLETED, PLEASE RETURN IT TO US FOR SERVICE TO BE PERFECTED.**

---

ATTORNEY REQUESTING SERVICE:

**Jeffrey M. Stern, SBN: 19175660, Stern Law Group, 4909 Bissonnet St., Suite 100, Bellaire, Texas 77401, 713/661-9900, 713/666-5922 Facsimile, jstern@stern-lawgroup.com**

Unofficial Copy Office of Chris Daniel District Clerk

7/11/2016 5:19:34 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 11573711
By: CUERO, NELSON
Filed: 7/11/2016 5:19:34 PM

2016-45957 / Court: 151

# STERN LAW GROUP

July 8, 2016

Writer's E-Mail Address:
jstern@stern-lawgroup.com

**VIA E-File**
Mr. Chris Daniel
Harris County District Clerk
201 Caroline, Suite 420
Houston, Texas 77002

**RE: No. ______________; Viky Reynaga, Individually and a/n/f XXXXX, Minor Child v. XPO Logisitcs Truckload, Inc. d/b/a Con-Way Truckload; In the __________ Judicial District Court of Harris County, Texas.**

Dear Mr. Daniel:

Enclosed for filing regarding the above referenced cause please find the following:

- Plaintiff's Original Petition, Jury Demand and Request for Disclosure;
- Civil Case Information Sheet; and
- Civil Process Request Form.

Payment is also included to cover filing fees and the preparation of two (2) citations for service.

After citations have been prepared, please return them to our office so that service may be perfected.

Please acknowledge receipt of this instrument (s) by affixing the electronic file date and time of filing on a copy of this document and return the same to us via electronic mail.

Thank you for your attention and cooperation.

Very truly yours,

**JEFFREY M. STERN**

JMS/tg
Enclosure
41130.01

Unofficial Copy Office of Chris Daniel District Clerk

8/11/2016 11:00:54 AM
Chris Daniel - District Clerk Harris County
Envelope No. 12114325
By: JIMMY RODRIGUEZ
Filed: 8/11/2016 11:00:54 AM

RECEIPT NUMBER 0.00
TRACKING NUMBER 73265541

CAUSE NUMBER 201645957

**PLAINTIFF:** REYNAGA, VIKY (INDIVIDUALLY AND A/N/F XXXXX) (MINO
vs.
**DEFENDANT:** KAWALA, TOM

**In The** 151st
**Judicial District Court of**
**Harris County, Texas**

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

TO: XPO LOGISTICS TRUCKLOAD INC (DBA CON-WAY TRUCKLOAD) (A FOREIGN FOR-PROFIT CORPORATION) BY SERVING THROUGH ITS REGISTERED AGENT CORPORATION SERVICE COMPANY (DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY)

211 E 7TH STREET SUITE 620 AUSTIN TX 787013218

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURES.

This instrument was filed on the 11th day of July, 20 16, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED;** you may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

**This Citation was issued under my hand** and seal of said Court, at Houston, Texas, this 12th day of July, 20 16.

DISTRICT COURT OF HARRIS COUNTY, TEXAS

Chris Daniel

**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O. Box 4651, Houston, Texas 77210**

Issued at request of:
STERN, JEFFREY M.
4909 BISSONNET, SUITE 100
BELLAIRE, TX 77401
Tel: (713) 661-9900
Bar Number: 19175660

**Generated by:** CHAMBERS, WANDA RENE ULW//104304

## OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the ______ day of ______________, 20___, at ______ o'clock ___.M., endorsed the date of delivery thereon, and executed it at ______________________ (street address), ______________ (city),

in ____________ County, Texas on the ______ day of ______________, 20___, at ______ o'clock ___. M.,

by delivering to ______________________________ (the defendant corporation named in citation), by delivering to its

______________________ (registered agent, president, or vice-president), in person, whose name is ______________________,

a true copy of this citation, with a copy of the ______________________ (description of petition, e.g., "Plaintiffs Original") Petition attached,

and with accompanying copies of ______________________ (additional documents, if any, delivered with the petition).

I certify that the facts stated in this return are true by my signature below on the ______ day of ______________, 20___.

FEE: $ ______

By: ______________________ (signature of officer)

Printed Name: ______________________

Unofficial Copy Office of Chris Daniel District Clerk

# AFFIDAVIT OF SERVICE

**State of Texas** **County of Harris** **151st Judicial District Court**

Case Number: 201645957

Plaintiff:
**VIKY REYNAGA (INDIVIDUALLY AND A/N/F XXXXX) (MINOR CHILD)**

vs.

Defendant:
**TOM KAWALA, ET AL**

For:
Jeffrey Stern
Stern Law Group
4909 Bissonnet, Suite 100
Bellaire, TX 77401

Received by THE HAWKINS AGENCY on the 19th day of July, 2016 at 8:01 am to be served on **XPO LOGISTICS TRUCKLOAD INC (DBA CON-WAY TRUCKLOAD) (A FORIEGN FOR-PROFIT CORPORATION) BY DELIVERING TO ITS REGISTERED AGENT CORPORATION SERVICE COMPANY (DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY), 211 E 7TH STREET SUITE 620, AUSTIN, TRAVIS County, TX 78701.**

I, SHAWN MORGAN, being duly sworn, depose and say that on the **29th day of July, 2016 at 11:39 am, I:**

delivered a true copy of the **Citation, Plaintiff's Original Petition, Jury Demand and Request for Disclosure** to: **XPO LOGISTICS TRUCKLOAD INC (DBA CON-WAY TRUCKLOAD) (A FORIEGN FOR-PROFIT CORPORATION) BY DELIVERING TO ITS REGISTERED AGENT CORPORATION SERVICE COMPANY (DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY)** at the address of: **211 E 7TH STREET SUITE 620, AUSTIN, TRAVIS County, TX 78701**, by Certified Mail Return Receipt Requested in compliance with state statutes.

I am an authorized private process server, authorized by the Texas Supreme Court. I am over the age of eighteen (18) and I am not a party to nor interested in the outcome of this lawsuit. I am of sound mind and capable of making this Affidavit. I am fully competent to testify to the matters stated herein. I am personally acquainted with the facts herein stated in this Affidavit which are true and correct.

Official Copy Office of Chris Daniel District Clerk

Subscribed and Sworn to before me on the 5th day of August, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC




**SHAWN MORGAN**
SCH-5979 EXP: 5/31/17

**THE HAWKINS AGENCY**
**P. O. Box 2601**
**Houston, TX 77252-2601**
**(281) 888-3991**

Our Job Serial Number: THA-2016002201
Ref: 41130.01 VIKY REYNAGA (TG)

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

English Customer Service USPS Mobile Register/Sign In

USPS.COM

# USPS Tracking®



Customer Service ›
Have questions? We're here to help.



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70160340000074234344

Updated Delivery Day: **Friday, July 29, 2016**

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™ Return Receipt

**See tracking for related item:** 9590940213385285159882

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| July 29, 2016 , 9:06 am | Delivered | AUSTIN, TX 78744 |

Your item was delivered at 9:06 am on July 29, 2016 in AUSTIN, TX 78744.

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| July 29, 2016 , 8:52 am | Arrived at Unit | AUSTIN, TX 78744 |
| July 29, 2016 , 8:14 am | Out for Delivery | AUSTIN, TX 78701 |
| July 29, 2016 , 8:04 am | Sorting Complete | AUSTIN, TX 78701 |
| July 29, 2016 , 3:58 am | Departed USPS Facility | AUSTIN, TX 78710 |
| July 28, 2016 , 9:30 am | Arrived at USPS Destination Facility | AUSTIN, TX 78710 |
| July 27, 2016 , 11:11 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| July 27, 2016 , 6:14 pm | Acceptance | HOUSTON, TX 77002 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

Track It

Unofficial Copy Office of Chris Daniel District Clerk

R: COMPLETE THIS SECTION

...plete items 1, 2, and 3.
...your name and address on the reverse
...at we can return the card to you.
...h this card to the back of the mailpiece,
...the front if space permits.

...e Addressed to:
...ogistics Truckload INC
Con-Way Truckload
...orporation Service Company
...Lawyers Incorporating Service Company
... 7th Street Suite 620
...tin, TX 78701

...590 9402 1338 5285 1598 82

...le Number (Transfer from service label)

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
JUL 29 2016

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
...ail
...ail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

8/11/2016 10:59:15 AM
Chris Daniel - District Clerk Harris County
Envelope No. 12114262
By: JIMMY RODRIGUEZ
Filed: 8/11/2016 10:59:15 AM

CAUSE NO. 201645957

RECEIPT NO. ********** 0.00 MTA
TR # 73265538

AINTIFF: REYNAGA, VIKY (INDIVIDUALLY AND A/N/F XXXXX) (MINO
vs.
FENDANT: KAWALA, TOM

In The 151st
Judicial District Court
of Harris County, Texas
151ST DISTRICT COURT
Houston, TX

CITATION (STATE HIGHWAY COMMISSION)

E STATE OF TEXAS
unty of Harris

: KAWALA, TOM BY SERVING THROUGH THE TEXAS TRANSPORTATION COMMISSION AT
125 EAST 11TH STREET AUSTIN TEXAS 78701-2483
FORWARD TO:
4701 E 32ND JOPLIN MO 64804

Attached is a copy of PLAINTIFF'S ORIGINAL PETITION JURY DEMAND AND REQUEST FOR DISCLOSURES

is instrument was filed on the 11th day of July, 2016, in the above cited cause number
d court. The instrument attached describes the claim against you.

YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a itten answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday xt following the expiration of 20 days after you were served this citation and petition, default judgment may be taken against you.

OFFICER SERVING:
This citation was issued on 12th day of July, 2016, under my hand and al of said Court.

Issued at request of:
ERN, JEFFREY M.
09 BISSONNET, SUITE 100
LLAIRE, TX 77401
l: (713) 661-9900
r No.: 19175660

DISTRICT COURT OF HARRIS COUNTY, TEXAS

Chris Daniel
CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: CHAMBERS, WANDA RENE ULW//10430493

Unofficial Copy Office of Chris Daniel District Clerk

OFFICER/AUTHORIZED PERSON RETURN

me to hand at ______ o'clock ______.M., on the ______ day of ____________________, ______.

ecuted at (address) ________________________________________ in

____________ County at ________ o'clock ______.M., on the ____ day of ___________,

____, by delivering to ____________________________ defendant, in person, a rue copy of this Citation together with the accompanying ______ copy(ies) of the Petition

tached thereto and I endorsed on said copy of the Citation the date of delivery.
 certify which I affix my hand officially this ______ day of ____________________, ______.

ee: $________

____________________________________

______ of ____________ County, Texas

# AFFIDAVIT OF SERVICE

**State of Texas** **County of Harris** **151st Judicial District Court**

Case Number: 201645957

Plaintiff:
**VIKY REYNAGA (INDIVIDUALLY AND A/N/F XXXXX) (MINOR CHILD)**

vs.

Defendant:
**TOM KAWALA, ET AL**

For:
Jeffrey Stern
Stern Law Group
4909 Bissonnet, Suite 100
Bellaire, TX 77401

Received by THE HAWKINS AGENCY on the 19th day of July, 2016 at 7:56 am to be served on **TOM KAWALA BY DELIVERING TO THE TEXAS TRANSPORTATION COMMISSION, 125 EAST 11TH STREET, AUSTIN, TRAVIS County, TX 78701.**

I, SHAWN MORGAN, being duly sworn, depose and say that on the **29th day of July, 2016** at **7:03 am, I:**

delivered a true copy of the **Citation, Plaintiff's Original Petition, Jury Demand and Request for Disclosure** to: **XPO LOGISTICS TRUCKLOAD INC (DBA CON-WAY TRUCKLOAD) (A FORIEGN FOR-PROFIT CORPORATION) BY DELIVERING TO ITS REGISTERED AGENT CORPORATION SERVICE COMPANY (DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY)** at the address of: **211 E 7TH STREET SUITE 620, AUSTIN, TRAVIS County, TX 78701**, by Certified Mail Return Receipt Requested in compliance with state statutes.

I am an authorized private process server, authorized by the Texas Supreme Court. I am over the age of eighteen (18) and I am not a party to nor interested in the outcome of this lawsuit. I am of sound mind and capable of making this Affidavit. I am fully competent to testify to the matters stated herein. I am personally acquainted with the facts herein stated in this Affidavit which are true and correct.

Official Copy Office of Chris Daniel District Clerk

Subscribed and Sworn to before me on the 5th day of August, 2016 by the affiant who is personally known to me.

NOTARY PUBLIC

DOMINICK HAWKINS
Commission #124629973
My Commission Expires
JULY 29, 2019

**SHAWN MORGAN**
SCH-5979 EXP: 5/31/17

**THE HAWKINS AGENCY**
**P. O. Box 2601**
**Houston, TX 77252-2601**
**(281) 888-3991**

Our Job Serial Number: THA-2016002200
Ref: 41130.01 VIKY REYNAGA (TG)

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

English Customer Service USPS Mobile Register/Sign In

USPS.COM

# USPS Tracking®



Customer Service ›
Have questions? We're here to help.



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70160340000074234337

Updated Delivery Day: Friday, July 29, 2016

## Product & Tracking Information

Postal Product: First-Class Mail®

Features: Certified Mail™ Return Receipt

See tracking for related item: 9590940213385285159905

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 29, 2016 , 7:03 am | Delivered | AUSTIN, TX 78714 |

Your item was delivered at 7:03 am on July 29, 2016 in AUSTIN, TX 78714.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| July 29, 2016 , 4:45 am | Arrived at Unit | AUSTIN, TX 78714 |
| July 29, 2016 , 3:58 am | Departed USPS Facility | AUSTIN, TX 78710 |
| July 29, 2016 , 12:44 am | Arrived at USPS Destination Facility | AUSTIN, TX 78710 |
| July 27, 2016 , 11:11 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| July 27, 2016 , 6:15 pm | Acceptance | HOUSTON, TX 77002 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

Track It

Unofficial Copy Office of Chris Daniel District Clerk

ER: COMPLETE THIS SECTION

plete items 1, 2, and 3.
your name and address on the reverse
hat we can return the card to you.
h this card to the back of the mailpiece,
the front if space permits.

Addressed to:
Kawala
Texas Transportation Commission
East 11th Street
tin, TX 78701

590 9402 1338 5285 1599 05

le Number (Transfer from service label)

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X Randall Tod ☐ Agent ☐ Addressee

B. Received by (Printed Name) Randall Tod

C. Date of Delivery JUL 29 2016

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery