United States District Court
Southern District of Texas
**ENTERED**
July 26, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICKY REYNAGA, INDIVIDUALLY § <br> AND A/N/F XXXXX, MINOR CHILD § <br> § <br> **Plaintiff,** § <br> § <br> V. § <br> TOM KAWALA and XPO LOGISTICS § <br> TRUCKLOAD, INC. D/B/A § <br> CON-WAY TRUCKLOAD § <br> § <br> **Defendants.** § | C.A. NO. 4:16-cv-02492 |

# FINAL JUDGMENT

1. On this day came on to be heard the above-numbered and entitled cause wherein the Plaintiff, VICKY REYNAGA A/N/F OF MINOR CHILD, C.R., appeared in person and by her attorney of record; and the Minor Child, C.R., appeared by and through their duly appointed Guardian Ad Litem, Ray Vazquez, and the Defendants, TOM KAWALA AND XPO LOGISTICS TRUCKLOAD, INC. D/B/A CON-WAY TRUCKLOAD, appeared by and through their attorney of record, and announced that, subject to the approval of the Court, a compromise and settlement has been reached.

2. It was represented to the Court by Plaintiff and her counsel, and this Court finds, that VICKY REYNAGA is the proper Next Friend of, C.R.., MINOR CHILD, and appropriately situated to enter into the Settlement Agreement and Release on behalf of C.R., MINOR CHILD. It was further demonstrated to the Court by the Plaintiff's attorneys and Ray Vazquez, Guardian Ad Litem for C.R., MINOR CHILD, and this Court so finds that Ray Vazquez has properly and diligently represented the interests of the Minor Child in recommending approval of the compromise and settlement.

3. It was announced that there is disagreement with reference to the liability of Defendants to the Plaintiffs for any amount of damages, and that there is further disagreement as to the amount of said liability, as well as to the nature, severity, degree and duration of the injuries and losses alleged to have been suffered by the Plaintiff a/n/f of the Minor Child as a result of the events made the basis of this suit, and that the said compromise settlement was being made of disputed claims, and that Defendants have denied any liability to the Plaintiff.

4. The Court, after hearing evidence regarding the terms and conditions of the Settlement Agreement, finds that said Agreement is understood by all parties to this Judgment, and finds that said Agreement is fair, just, and reasonable, and is in the best interest of the Minor Child, C.R. and it is, therefore,

5. **ORDERED, ADJUDGED and DECREED** that the settlement of this cause is approved on the basis set forth in the Settlement Agreement and Release among the parties. It is further,

6. **ORDERED, ADJUDGED and DECREED** that the settlement proceeds to the Minor Child be distributed as follows:

- $~~$10,000.00~~ $3984.33 (ASH) made payable to the U.S. Clerk of the Court for the use and benefit of C.R., a Minor (DOB: XX/XX/XX and SSN: XXX-XX-6077) and is to be deposited into an interest bearing account

7. Guardian Ad Litem fees of $1375.00 is to be paid by Defendants to Raymundo Vazquez.

8. It is further **ORDERED, ADJUDGED and DECREED** by the Court that Defendants have completely and fully satisfied all obligations and that this Final Judgment against Defendants is fully and finally satisfied and discharged.

9. It is further **ORDERED** that Plaintiff (VICKY REYNAGA A/N/F OF MINOR CHILD, C.R.) take nothing from Defendants, TOM KAWALA AND XPO LOGSTICS TRUCKLOAD, INC. D/B/A CON-WAY TRUCKLOAD, and that Plaintiff's VICKY REYNAGA A/N/F OF

C.R., MINOR CHILD) case against Defendants, TOM KAWALA AND XPO LOGSTICS TRUCKLOAD, INC. D/B/A CON-WAY TRUCKLOAD, are dismissed with prejudice, and that each party pays their own attorney fees and court costs.

All relief sought herein by any of the parties hereto which is not expressly granted is denied.

SIGNED this the ___26th___ day of ___July___, 2018.

_____
JUDGE PRESIDING

APPROVED AS TO FORM:

**THE STERN LAW GROUP**

_____
Mark Levin
4909 Bissonnet St., Suite 100
Houston, Texas 77401
Telephone: (281) 445-9990 X-161
Facsimile: (713) 666-5922
Email: mlevin@stern-lawgroup.com
**ATTORNEY FOR PLAINTIFF
VICKY REYNAGA, INDIVIDUALLY
AND A/N/F OF MINOR CHILD, C.R.**


**LORANCE THOMPSON**

_____
ERIC R. BENTON
2900 North Loop West, Ste. 500
Houston, TX 77092
Telephone: (713) 868-5560
Facsimile: (713) 864-4671
E-Mail: erb@lorancethompson.com
**ATTORNEY FOR DEFENDANTS
TOM KAWALA AND XPO LOGISTICS
TRUCKLOAD, INC. D/B/A CON-WAY TRUCKLOAD**

**LAW OFFICE OF RAY VAZQUEZ, PLLC**

_____
RAYMUNDO VAZQUEZ
405 Main Street, Suite 751
Houston, Texas 77002
Telephone: (832) 786-8825
E-Mail: ray@rayvazquezlaw.com
**GUARDIAN AD LITEM FOR THE MINOR CHILD, C.R.**

607416.1 PLD 0001262 10444 ERB